**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

---

| | |
|---|---|
| In re:   Michael Petrillo and | BK No. 19-10089 |
| Christina Petrillo, | Chapter 7 |
| Debtors | |

---

| | |
|---|---|
| Stephen Amitrano, | |
| Plaintiff | |
| v. | A.P. No. 19-01012 |
| Michael Petrillo, | A.P. No. 19-01013 |
| Defendant | (consolidated) |

---

## ORDER

After hearing held on February 12, 2020 on the Motion to Compel ("First Motion to Compel," Doc. #20, A.P. No. 19-01012), the Motion to Strike (Doc. #27, A.P. No. 19-01012), the Motion to Compel ("Second Motion to Compel," Doc. #19, A.P. No. 19-01013), the Motion to Strike (Doc. #27, A.P. No. 19-01013), and objections and responses thereto, with counsel present for the Plaintiff and the Defendant, and for the reasons stated on the record, the Court issues the following order.

1. The First Motion to Compel is denied in part and granted in part as to Interrogatory No. 2. See paragraph 7 below.

2. The First Motion to Compel is moot as to Interrogatory No. 4, which was withdrawn by the Plaintiff.

3. The First Motion to Compel is denied as to Interrogatory No. 10.

4. The First Motion to Compel is moot as to Request for Production No. 3, which was withdrawn by the Plaintiff.

5. The First Motion to Compel is moot, in part, as to Request for Production No. 4, as all non-privileged documents have been produced. As to arguably privileged documents, see paragraphs 12-14 below.

6. The First Motion to Compel is denied in part and granted in part as to Request for Production No. 12. See paragraph 7 below.

7. By February 28, 2020, the Defendant shall provide to Plaintiff's counsel: (a) a list of all jobs worked on by the Defendant during the period of the subject Newport U.S. Navy base job; (b) all documents evidencing such jobs and their dates; and (c) an affidavit stating that the list and documents are complete and accurate to the best of the Defendant's knowledge and ability to obtain such information.

8. The Second Motion to Compel is denied as to Interrogatory No. 4.

9. The Second Motion to Compel is moot as to Request for Production No. 3, which was withdrawn by the Plaintiff.

10. The Second Motion to Compel is moot, in part, as to Request for Production No. 4, as all non-privileged documents have been produced. As to arguably privileged documents, see paragraphs 12-14 below.

11. The Second Motion to Compel is moot as to Request for Production No. 5, which was withdrawn by the Plaintiff.

12. By February 28, 2020, with regard to any documents not produced by the Defendant in response to both Requests for Production No. 4 on the basis of attorney-client privilege, the Defendant shall provide to Plaintiff's counsel a privilege log.

13. By March 23, 2020, the Plaintiff shall file a supplemental memorandum of law in support of the Motions to Strike and the discovery requests addressed in paragraphs 5 and 10 above.

14. By April 13, 2020, the Defendant shall file any objection to the Motions to Strike, together with a supporting memorandum of law.

15. The Court reserves ruling on the Motions to Strike and the discovery requests addressed in paragraphs 5 and 10 above.

Date: February 12, 2020

By the Court,

*Diane Finkle* 02/12/2020
_____
Diane Finkle
U.S. Bankruptcy Judge